UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| ANTONIO PEREZ CAMACHO,<br><br>    Petitioner,<br><br>v.<br><br>MIKE HOLLINSHEAD, Sheriff, Elmore County; KENNETH PORTER, Director of Boise Immigration and Customs Enforcement Field Sub-Office; JASON KNIGHT, Director of the Salt Lake City U.S. Immigration and Customs Enforcement Field Office; KRISTI NOEM, Secretary of the U.S. Department of Homeland Security; and PAM BONDI, Attorney General of the United States, in their official capacities,<br><br>    Respondents. | Case No. 1:25-cv-00593-BLW<br><br>**JUDGMENT** |

    In accordance with this Court's November 19, 2025, Memorandum Decision and Order (Dkt. 14), granting Petitioner's Writ of Habeas Corpus (Dkt. 1) and ordering his immediate release, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that judgment be entered in Petitioner's favor. If the government seeks to re-detain Petitioner, it must provide no less than seven (7) days' notice to Petitioner and must hold a pre-deprivation bond hearing before a neutral arbiter

ORDER - 1

pursuant to 8 U.S.C. § 1226(a) and its implementing regulations, at which Petitioner's eligibility for bond must be considered. The Clerk is directed to close this case.

DATED: November 20, 2025

B. Lynn Winmill
U.S. District Court Judge

ORDER - 2