BART M. DAVIS, IDAHO STATE BAR NO. 2696
UNITED STATES ATTORNEY
**JUSTIN D. WHATCOTT, IDAHO STATE BAR NO. 6444**
**FIRST ASSISTANT UNITED STATES ATTORNEY**
**CHRISTINE G. ENGLAND, IDAHO STATE BAR NO. 11390**
**ASSISTANT UNITED STATES ATTORNEY**
DISTRICT OF IDAHO
1290 W. MYRTLE ST. SUITE 500
BOISE, ID  83702-7788
TELEPHONE: (208) 334-1211
FACSIMILE:   (208) 334-9375
Email: Justin.Whatcott@usdoj.gov
         Christine.England@usdoj.gov

Attorneys for Federal Respondents

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| ANTONIO PEREZ CAMACHO,<br><br>Petitioner,<br><br>v.<br><br>MIKE HOLLINSHEAD, Sheriff, Elmore County; KENNETH PORTER, Director of Boise U.S. Immigration and Customs Enforcement Field Sub-Office; JASON KNIGHT, Director of the Salt Lake City U.S. Immigration and Customs Enforcement Field Office; KRISTI NOEM, Secretary of the U.S. Department of Homeland Security; and PAM BONDI, Attorney General of the United States, in their official capacities,<br><br>Respondents. | Case No. 1:25-CV-00593-BLW<br><br>**NOTICE OF APPEAL (Dkt. Nos. 13, 14)** |

**NOTICE OF APPEAL**                     **- 1**
**(Antonio Perez Camacho)**

Notice is hereby given that the Federal Respondents hereby appeal to the United States Court of Appeals for the Ninth Circuit the Memorandum Decision and Order (Dkt. No. 13) entered on November 19, 2025 and the Judgment (Dkt. No. 14) entered on November 20, 2025.

Respectfully submitted this 16th day of January, 2026.

BART M. DAVIS
UNITED STATES ATTORNEY
By:

/s/ Christine G. England
CHRISTINE G. ENGLAND
Assistant United States Attorney

**NOTICE OF APPEAL** - 2
**(Antonio Perez Camacho)**